UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| SCHAWALI MAYAR MOSLEMPOOR, | Case No. 22-cv-09161-LB |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JEFFREY BROWER, | |
| Defendant. | |

The plaintiff, Schawali Moslempoor, sued the defendant, Jeffrey Brower, for breach of contract after he paid Mr. Brower $130,065 for 575 head of goat which Mr. Brower never delivered.[1] The defendant, who is proceeding pro se and filing electronically, answered the complaint on January 27, 2023.[2] The parties "communicated through counsel and directly for several months to reach a resolution" and the defendant "agreed to a payment plan," but the defendant has "once again stopped all communication and refused to sign the settlement agreement and promissory note."[3] The court held an initial case-management conference on

---

[1] Compl. – ECF No. 1 at 2. Citations refer to material in the Electronic Case File (ECF); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] Answer – ECF No. 9.

[3] Case-Mgmt. Statement – ECF No. 21 at 3.

ORDER – No. 22-cv-09161-LB

August 17, 2023. The defendant did not appear despite receiving copies of all documents, including the court's order setting the initial case-management conference.[4]

The court now sets a further hearing for August 31, 2023, at 9:30 a.m. The defendant must appear at the hearing via the court's Zoom webinar link and show cause why he has stopped communicating with the plaintiff. The link is available at https://www.cand.uscourts.gov/judges/beeler-laurel-lb/. If he does not, he risks sanctions, including the plaintiff's moving to strike his answer and then moving for default judgment against him. The court asks the plaintiff's counsel to email the defendant a courtesy copy of this order and file a short update with any new information prior to the hearing on August 31, 2023.

**IT IS SO ORDERED.**

Dated: August 17, 2023

_____
LAUREL BEELER
United States Magistrate Judge

---

[4] Minute Entry – ECF No. 24.

ORDER – No. 22-cv-09161-LB